# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

JASON AGOSTO

(List the full name(s) of the plaintiff(s)/petitioner(s).)

17 CV 9066 (AKH)( )

-against-

**NOTICE OF APPEAL**

NEW YORK CITY DEPARTMENT OF

EDUCATION AND MANUEL URENA

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Jason Agosto

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  ☒ judgment  ☒ order  entered on: August 12, 2019

(date that judgment or order was entered on docket)

that: Granted Defendant's Motion for Summary Judgment, dismissing Counts I-IV and Counts V-VII.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

August 28, 2019
Dated

Signature

Harlow, Jordan F.
Name (Last, First, MI)

| 85 Broad Street, 18 Fl - WeWork | New York | NY | 10004 |
|---|---|---|---|
| Address | City | State | Zip Code |

(212) 537 - 6859                      jharlow@ghnylaw.com
Telephone Number                    E-mail Address (if available)

\* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2).  Attach additional sheets of paper as necessary.

Rev. 12/23/13